UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

**FILED**
**JUL 16 2010**
WILLIAM B. GUTHRIE
Clerk, U.S. District Court
By _____ Deputy Clerk

Michelle Alene Young, Plaintiff(s)
(Full Name)

v. WELLS FARGO PREFERRED CAP., INC
DEALER SERVICES CORP.
SOUTHERN AUTO FINANCE, Defendant(s)
AMERICAN WIND ENERGY ASSOC.

Case No. CIV-10-095 FHS
(To be supplied by the Clerk)

**COMPLAINT**
Ammended

## A. PARTIES

1) Michelle A. Young, is a citizen of Oklahoma
   (Plaintiff)                              (State)

   who presently resides at 303 N. 33rd ST
   (mailing address, if different from residence)

   Muskogee, OK. 74401

2) Defendant Jean Courville is a citizen of
   (Name of first defendant)
   Boston, Mass., and is employed
   (City, State)
   as President & CEO.
   (Position and title, if any)

3) Defendant Christopher Conkey is a citizen of
   (Name of second defendant)
   Boston, Mass., and is employed
   (City, State)
   as Chief Investment Officer.
   President & C.E.O.
   (Position and title, if any)
   Global Equities

*[You may attach additional pages (8½" x 11") to furnish the above information for additional defendants.]*

1                                                          (05/05)

**B.   JURISDICTION**

1) Jurisdiction is asserted pursuant to _Eastern Oklahoma District Court_

**C.   NATURE OF CASE**

1) Briefly state the background of your case. _Gender / Pregnancy Discrimination ocurring at former employer Car Biz Inc., at 2103 W. Shawnee Muskogee, O.K.._

**D.   CAUSE OF ACTION**

I allege the following:

1: _I was denied opportunities to go home early by being excluded from poker games on Dec. 15th 2007, Dec. 22nd 2007, and January 14th 2008._

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)
_All males we allowed to participate. Dave Testamen (manager) Assistant Manager Jerry, associate Rick and Charlie._

2: _After I disclosed my pregnancy Dave Testamen informed me that I wasn't going to get my job back once returning from maternity leave._

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

_They immediately put up a now "hiring sign" and began to do interviews for my position. Informing strangers of my disability._

3. _After I informed Dave Testamen on Dec. 15, 2007 that I was pregnant, I recieved a write-up a month later on Jan 18th 2008 and was discharged Jan. 30th 2008._

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)
_I never had any previous write ups and alledge it was one of several attempts to get me to "just quit"._

4) Ralph Scarpa
New York, NY
Co-CEO

5) Tim Grant
New York, NY
CO-CEO

6) J.V Shields
New York, NY
Chairman

7) David Shields
New York, NY
Vice Chairman

8) Charlie Wellington
New York, NY
Vice Chairman

9) David Huber
Liberty Lake, WA
President

10) Tim Mullen
Liberty Lake, WA
President

11) Michael Hughes
Liberty Lake, WA
President

12) Mathew Nickerson
Ft. Lauderdale, FL
Executive VP, COO

13) Christopher Cuniff
Liberty Lake, WA
COO

14) Tim Taylor
Birmingham, AL
President

15) Rod McSweeney
Birmingham, AL
Chairman & CEO



16) Thomas Fanning
    Birmingham, AL
    Owner, COO

17) Pete Misiak
    Birmingham, AL
    Media Relations

18) Susan Fulton
    Bethesda, MD
    Owner, CEO

19) Thomas Passions
    New York, NY
    President, CEO, CIO

20) Christine Ackert
    New York, NY
    VP, Client Svcs. Mngr.

21) Lilia Arceo
    New York, NY
    Director of Admin. & Acct.

22) Jean-Francois Courville
    Boston, MA
    Owner, CEO, President

23) Christopher Conkey
    Boston, MA
    President, CEO

24) Barry Evans
    Boston, MA
    CIO

25) Mark Schmeer
    Boston, MA
    Strategy & Research

26) Norman Steinberg
    Boca Raton, FL
    Portfolio Mngr. & Director

27) Richard Steinberg
    Boca Raton, FL
    President & CEO

28) Kenneth Pritzker
   Boca Raton, FL
   COO

29) John Schott
   Boca Raton, FL
   Portfolio Mngr.

30) Norman Fine
   Boca Raton, FL
   Portfolio Mngr.

31) Robert Harra Jr.
   Wilmington, DE
   CEO, CIO

32) Donald Foley
   Wilmington, DE
   CEO

33) Ted Cecala
   Wilmington, DE
   Chairman

34) Samuel Ellis
   Irving, TX
   President

35) Richard Funzi
   Irving, TX
   COO

36) Daniel Perry
   Irving, TX
   COO

37) Mark Floyd
   Irving, TX
   COO

38) Marty McFarland
   Carmel, IN
   CEO



39) Shane O'Dell
   Carmel, IN
   COO

40) Brian Geitner
   Carmel, IN
   COO

41) John Fuller
   Carmel, IN
   President

42) Stephen Miller
   Washington, DC
   Sr. VP, Conference, Membership & Buss. Dev.

43) Denise Bode
   Washington, DC
   CEO

44) Britt Theismann
   Washington, DC
   COO

45) Pam Poisson
   Washington, DC
   CFO

46) Bob Gramlich
   Washington, DC
   Sr. VP, Public Policy

47) Edgar Garrad
   Lynchburg, VA
   Principal Sr. Portfolio Mngr.

48) Annette Bradley
   Lynchburg, VA
   Trading Operations

49) Phillip Wilcox Jr.
   Lynchburg, VA
   Sr. Portfolio Mngr.

50) Judith Bedell,
    Sacramento, CA
    Owner, President

51) Jeffrey Bedell
    Sacramento, CA
    Atty., Finance Mngr.

52) Henry Bollinger
    Sacramento, CA
    CIO

53) Michael Frazier
    Sacramento, CA
    CIO

54) Janney Scott
    Philadelphia, PA
    Owner, President

55) Timothy Scheve
    Philadelphia, PA
    CIO

56) Jerome Lombard Jr.
    Philadelphia, PA
    Pres., Private Client Group

57) David Penn
    Philadelphia, PA
    Exec. President, Director

58) John Maine
    Philadelphia, PA
    Exec. VP, & Director

59) John Ivan
    Philadelphia, PA
    CIO

60) Pat Richardson
    Sarasota, CA
    Owner, President

61) Dave Testamen
    Muskogee, OK
    Manager



62) Eileen McDonnell
   Horsham, PA
   Owner, President

63) Robert Chappell
   Horsham, PA
   Chairman, CEO

64) David O' Malley
   Horsham, PA
   Exec. VP., CFO

65) Michelle Barry
   Horsham, PA
   President, CEO



*[If necessary, you may attach additional pages (8½" x 11") to explain any allegation or to list additional supporting facts in the same format as above.]*

E.   **REQUEST FOR RELIEF**

I believe that I am entitled to the following relief: Two years wages $20,800 + 20,800 is $41,600. Two yrs loss of commission an avg. of $30 per car 20 cars per mo. 400 per mo. $800 per yr. for 2 yrs is $1600 unpaid wages $2,580 net $45,780 then punitive damages by 10 $1,450,780

Original Signature of Plaintiff

Current Address: 303 N. 35th St
Muskogee, O.K. 74401
Telephone: (918) 351-8940

3                                                                                   (05/05)